

No. 04–9904. WARREN *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 04–9911. CALDERON-BELTRAN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. .

No. 04–9923. MANDEFRO *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. .

No. 04–9934. MCNAIR, AKA SMITH *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. .

No. 04–9936. PAZ-AGUIRRE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. .

No. 04–9937. MIJARES-ANDRADE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. .

No. 04–9956. JACKSON *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 04–908. YARBOROUGH, WARDEN *v.* MAXWELL. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. .

No. 04–1299. STAJANO ET AL. *v.* UNITED TECHNOLOGIES CORP. ET AL. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition. .

No. 04–7212. PLATA *v.* DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Motion of petitioner to stay further proceedings denied. Certiorari denied. .

No. 04–1037. WILSON *v.* COLORADO, *ante,* p. 962;

No. 04–1087. SANDERS *v.* VINE, EXECUTRIX OF THE ESTATE OF SANDERS, *ante,* p. 962;

No. 04–1107. FOCUS MEDIA, INC. *v.* NATIONAL BROADCASTING CO., INC., ET AL., *ante,* p. 968;

No. 04–7997. BROWN, AKA WILLIAMS *v.* CARROLL, WARDEN, *ante*, p. 909;

No. 04–8222. NORTON *v.* TENNESSEE, *ante*, p. 929;

No. 04–8349. WILSON *v.* SUPERIOR COURT OF CALIFORNIA, PIMA COUNTY, ET AL., *ante*, p. 952;

No. 04–8462. MONTOYA *v.* FINN, WARDEN, *ante*, p. 964;

No. 04–8643. COLIDA *v.* QUALCOMM INC., *ante*, p. 983;

No. 04–8644. COLIDA *v.* SANYO NORTH AMERICA CORP., *ante*, p. 966;

No. 04–8646. CHARLES *v.* TEXAS, *ante*, p. 983; and

No. 04–8696. ZHANG *v.* APEX HOME & BUSINESS RENTALS, INC., *ante*, p. 985. Petitions for rehearing denied.